# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**747**

**KA 10-01083**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                          ORDER

TIMOTHY P. GRADY, SR., DEFENDANT-APPELLANT.

---

JOHN E. TYO, SHORTSVILLE, FOR DEFENDANT-APPELLANT.

JASON L. COOK, DISTRICT ATTORNEY, PENN YAN (BARRY L. PORSCH OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------

Appeal from an order of the Yates County Court (W. Patrick Falvey, J.), entered March 17, 2010. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: June 10, 2011                                    Patricia L. Morgan
                                                          Clerk of the Court